DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. ELLIOTT

No. 53.

Case below: 22 N.C. App. 334.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

STATE v. FRINKS

No. 66.

Case below: 22 N.C. App. 584.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

STATE v. GAGNE

No. 65 PC.

Case below: 22 N.C. App. 615.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

STATE v. GREENLEE

No. 64.

Case below: 22 N.C. App. 489.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

STATE v. HICKS

No. 64 PC.

Case below: 22 N.C. App. 554.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.